UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00196 |
| | ) | JUDGE CAMPBELL |
| HUSEIN KANAKRIEH | ) | |

ORDER

Pending before the Court is Defendant's Motion to Modify Supervised Release (Docket No. 5).

The Government is directed to file a response to the Motion by March 3, 2014.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE